[No. 17098–8–I. Division One. December 14, 1987.]

JOHN SHUMAKER, *as Personal Representative, Respondent,* v. RHONDA L. LYLES, *Defendant,* ERNEST G. MENEGHETTI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–06938–8, Patricia H. Aitken, J., entered August 22, 1985. *Affirmed* by unpublished opinion per

Revelle, J. Pro Tem., concurred in by Swanson and Coleman, JJ.